UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, by and through its TRUSTEES, and TAMMY BEAUDREAULT, in her capacity as Administrator of Local 251 HSIP,<br>    *Plaintiffs*,<br><br>v.<br><br>R.P. IANNUCCILLO & SONS CONSTRUCTION CO.,<br>    *Defendant,* | C.A. No. 1:20-cv-00298-MSM-PAS |

## DISMISSAL STIPULATION

It is hereby agreed that the above-captioned matter is dismissed with prejudice, no interest and no costs.

Respectfully submitted,

**TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN AND TAMMY BEAUDREAULT,**

By their attorney,

/s/   Elizabeth Wiens
Elizabeth Wiens, Esq. #6827
GURSKY|WIENS Attorneys at Law, Ltd.
1130 Ten Rod Road, Suite C-207
North Kingstown, RI 02852
Tel: (401) 294-4700
Fax: (401) 294-4702
ewiens@rilaborlaw.com

1

Defendant
**R.P. Iannuccillo & Sons Construction Co.**


/s/   Dante J. Giammarco
Dante J. Giammarco, Esq. (#3183)
LAW OFFICE OF DANTE J. GIAMMARCO, ESQ., INC.
2374 Post Road, Suite 105
Warwick, RI 02886
djg@djgiammarcolaw.com
Tel: (401) 732-6730
Fax: (401) 734-5898


## CERTIFICATION

The undersigned hereby certifies that on this 21st of February, 2023 this document was filed electronically and is available for review and downloading via ECF by all registered counsel of record.


*/s/ Janine Durand*